## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

December 1, 2025

**VIA ECF**

Re:   **Rivera-Cruz and Gradia Settlement Referral**

Rivera-Cruz v. Mueller, et al., 23-cv-5667      Gradia v. Mueller, et al., 23-cv-5660

Dear Judge Preska:

I write on behalf of Plaintiffs in the above-reference cases to respectfully request that the Court refer the cases to Chief Magistrate Judge Sarah Netburn for purposes of assisting the parties with settlement. Though Defendants' counsel does not yet seem to have settlement authority, I believe it necessary to nudge this process.

For the two cases settled last week, my office spent over $8,000 on service of witness subpoenas and travel arrangements. I then spent several full attorney days coordinating with counsel representing doctor witnesses and circulating documents, etc. This great expense of money and effort was all for naught as the parties ended up settling at numbers that had always been within reach. This is not to mention the very real waste of tying up the Court's trial calendar. As the Court has mentioned to the parties now several times, the delays in negotiating settlements is borderline abusive (though I do not mean to suggest that fault lays at the feet of Conway, Donovan & Manley, who have faithfully worked on settlements as soon as given the go-ahead by the OAG and DOCCS).

Given the above, I respectfully request the Court refer the cases.

Very truly yours,

/s/ AJ Agnew

Amy Jane Agnew, Esq.
Counsel to Plaintiffs

*In light of the above, Defendants are cautioned that further late settlements causing counsel needlessly to incur costs might result in the imposition of those costs on Defendants.*

*SO ORDERED*

*LORETTA A. PRESKA*
*UNITED STATES DISTRICT JUD[...]*

*Dec. 2, 2025*

---

*New York Office*          (973) 600-1724          aj@ajagnew.com          *New Jersey Office*
24 Fifth Avenue, Suite 1701                                              36 Page Hill Road
New York, NY 10011                                                       Far Hills, NJ 07931